**Entered on Docket**
**August 18, 2016**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

**The following constitutes the order of the court. Signed August 18, 2016**

Attorneys for U.S. Bank National Association, as Tr[illegible]st 2005-4, Adjustable Rate Mortgage Backed Pass Thr[illegible]

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 16-41716 WJL |
| Janice Pasion, | ) Chapter 13 |
| Debtor. | ) RS No. MJ-10497 |
| | ) **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | ) Date: 8/17/2016<br>Time: 9:30 AM<br>Ctrm: 220<br>Place: 1300 Clay Street<br>Oakland, CA |
| | ) Judge: William J. Lafferty |

The motion of U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-4, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable William J. Lafferty. U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage Backed Pass

Through Certificates, Series 2005-4, appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by Kelly M. Raftery, Esq.. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-4, in the real property commonly known as 29132 Marshbrook Drive, Hayward, CA 94545.

IT IS FURTHER ORDERED that U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-4, may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that the Court finds that the filing of this bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved both the transfer of interest in the Subject Property without the consent of the secured creditor or court approval, and multiple bankruptcy cases affecting the Subject Property, and if this order is recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS FURTHER ORDERED the Trustee shall not make any further payments on account of the secured claim of U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-4 after the entry of this Order. The secured portion of the claim of U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-4 is deemed withdrawn upon entry of this Order without prejudice to the right of U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-4 to file an amended unsecured claim.

IT IS FURTHER ORDERED that U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-4, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-4 may contact the Debtor to comply with California Civil Code Section 2923.5.

**** END OF ORDER ****



Case: 16-41716 Doc# 24 Filed: 08/18/16 Entered: 08/18/16 10:44:05 Page 3 of 4

## COURT SERVICE LIST

DEBTOR(S)
Janice Pasion, 29132 Marshbrook Dr, Hayward, CA 94545